# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ROY CASTRO,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, Commissioner of Social Security,<br><br>Defendant. | **17-cv-1152 GSA**<br><br>**ORDER TO SHOW CAUSE** |

On August 25, 2017, Plaintiff filed a complaint requesting a review of the Commissioner's denial of disability benefits. (Doc. 1). On February 9, 2018, after the administrative record was filed, Plaintiff filed a certificate of service indicating that he served the Commissioner with a confidential letter brief. (Doc. 11). Pursuant to this Court's scheduling order issued on August 28, 2017, Defendant was required to file a proof of service indicating that she responded to Plaintiff's confidential letter brief within thirty-five days (35) after receiving Plaintiff's confidential letter brief. (Doc. 5, pgs. 2). To date, Defendant has not filed the required proof of service and the parties have not stipulated to an extension of time for such filing.

Therefore, Defendant is ordered to show cause why sanctions should not be imposed for a

1

failure to comply with this Court's order.  Defendant is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order.  If Defendant desires more time to respond to Plaintiff's letter, it should so state in the response, or alternatively, file the proof of service.

**Failure to respond to this Order to Show Cause within the time specified may result in monetary or other sanctions.**

IT IS SO ORDERED.

    Dated: __**April 25, 2018**__            __/s/ Gary S. Austin__
                                                      UNITED STATES MAGISTRATE JUDGE