MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ANGEL ROY CASTRO,<br><br>       Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:17-cv-01152-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>DISCHARGE OF OSC<br><br>(Doc. 14) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Confidential Settlement Letter (*see* Docket No. 11) from March 16, 2018, to May 1, 2018, seven (7) days from today's date. The attorney responsible for briefing this case recently resigned and the case was reassigned to a new attorney only today (*see* Docket No. 12). The Commissioner sincerely apologizes to this Court and to Defendant for any inconvenience cause by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. & Order for Ext.; 1:17-cv-01152-GSA                   1

|  |  | Respectfully submitted, |
|---|---|---|

Dated: April 24, 2018                 /s/ *Cyrus Safa*
                                         (*as authorized via email on April 24, 2018)
                                         CYRUS SAFA
                                         Attorney for Plaintiff

Dated: April 24, 2018                 MCGREGOR W. SCOTT
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                              By:    /s/ *Gina Tomaselli*
                                         GINA TOMASELLI
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation (Doc. 13), Defendant's confidential letter brief shall be served on Plaintiff no later than **May 1, 2018**. All other dates in the Scheduling Order issued on August 28, 2017 are modified accordingly. (Doc. 5). In light of the stipulation, the OSC issued April 26, 2018 is DISCHARGED. (Doc. 14).

IT IS SO ORDERED.

    Dated:   **April 26, 2018**                   **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE