# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ANGEL ROY CASTRO,<br><br>        Plaintiff,<br><br>  vs.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:17-cv-01152-GSA<br><br>STIPULATION AND ORDER FOR DISMISSAL |

Pursuant to the parties' stipulation (Doc.17), this case is dismissed pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).  Each party shall bear its own fees, costs, and expenses. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 8, 2018**          **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE